E-FILED
Friday, 21 May, 2021  12:38:56 PM
Clerk, U.S. District Court, ILCD

RULES AND REGULATIONS FOR SENTENCE CREDIT
PURSUANT TO 730 ILCS  5/3 - 6 -3
OFFENDER COVID 19 SENTENCE CREDIT APPLICATION

OFFENDER: JAMES LESHORE          I.D.O.C. #: R17783
MSR: 12-23-21

INMATE IS CURRENTLY AT ILLINOIS RIVER CORRECTIONAL CENTER FOR A PAROLE VIOLATION & DRIVING VIOLATION.

• JAMES LESHORE HAS SERVED 5 YEARS INSIDE OF I.D.O.C. FOR A DOMESTIC VIOLENCE CHARGE. A CHARGE PROSECUTORS KNEW WAS FALSE AFTER THE ALLEDGED VICTIM ADMITTED SHE'D LIED. (ENCLOSED: ALLEDGED VICTIMS SWORN AFFADAVIT). THE STATES PROSECUTOR CHANGED MR. LESHORE'S SENTENCE FROM 85% TO 50% WHICH LEFT MR. LESHORE 1 YEAR PAROLE ON THE MORE SERIOUS CHARGE AND 4 YEARS ON AN ORDER OF PROTECTION CHARGE WHICH WAS INVALID UPON CONVICTION.

• MR. LESHORE HAS NO DISCIPLINARY INCIDENTS, & HAS COMPLETED 2 REHABILITATION PROGRAMS: START NOW & AIM HIGHER., BUT DUE TO COVID 19 QUARANTINE, MR. LESHORE IS NOT ABLE TO CONTINUE ANY SCHOOL OR PROGRAMS.

• I RESPECTFULLY PETITION YOUR DEPARTMENT TO CONSIDER ME FOR ANY AMOUNT OF DISCRETIONARY SENTENCE GOOD CONDUCT CREDIT.

- WHEREFORE DUE TO COVID 19 SAFETY GUIDELINES MY RIGHT TO PURSUE REHABILITATIVE PROGRAMS AND MY RIGHT TO BE PROVIDED ADEQUATE RECREATIONAL PRIVILEDGES HAVE BECOME NON-EXISTENT.

- WHEREFORE THE SUBSCRIBER PURSUANT TO 735 ILCS 5/109-3 STATE THE ABOVE AND BEFORE MENTIONED ARE TRUE AND ACCURATE TO THE BEST OF HIS KNOWLEDGE.

DATE 5/13/21

* RESPECTFULLY SUBMITTED
/S/ James L. Shore

Resized_20210305_140617.jpeg

State of Illinois )
)
County of )

## SWORN AFFIDAVIT

I, Kala Callahan , the undersigned, after first being duly sworn under oath, state that the following matters are true and correct to the best of my own personal knowledge and belief:

On March 28th 2013 I Kala Callahan had an argument with my boyfriend James LeShore which led me to be injured during a verbal argument. James came home late one night and we began arguing about us cheating on eachother. James began packing but i didn't want him to leave. I grabbed him to try to get him to calm down and stop packing but he pulled away from me causing him to accidently elbow me in my face. He continued to pack so I was trying to hug him so he wouldn't leave, but he pushed me away. I lost my balance and fell into a big mirror we had laying against our wall. I got back on my feet and followed him into the living room and we turned on the lights and noticed i was bleeding from falling into the mirror. We then both thought it would be a good idea to go to the hospital. As the nurses took me back they asked me who did this to me, I told them

James did it because i was just so sad and mad and shooken up from our verbal argument. James was arrested and plead guilty because he thought if he didnt that DCFS would get involved and take the kids. James was never abusive during our relationship. Even that night of our argument was completly out of character. I'm writing this statement to say what happend that night of march 28th 2013 was not James fault and it looked worse than what i made it seem like. I'm hoping this statement could help matters and rectify this situation for the better. I would like for James to come home and pick up to where he left off at being a wonderfull father to our children!

FURHER AFFIANT SAYTH NOT.

Dated: 3/14/14                    /s/ Kala Callahan

Subscribed and Sworn to Before me on this 14 day of March, 2014

Jennifer Laporte
NOTARY PUBLIC

OFFICIAL SEAL
JENNIFER LAPORTE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:01/26/15

THIS CORRESPONDENCE
IS FROM AN INMATE
OF THE ILLINOIS
DEPARTMENT OF CORRECTIONS

© USPS 2019

James LeShore "Kitto"
P.O. Box 999
Canton, Ill. 61520

PEORIA IL 616
10 MAY 2021 PM 1 L

USA ★ FOREVER

Central District of Illinois
Office of the Clerk
United States District Court
151 U.S. Courthouse
600 EAST MONROE ST.
SPRINGFIELD, ILL. 62701

62701$1626 C009

RECEIVED
MAY 19 2021
U.S. Clerk's Office
SPRINGFIELD, ILLINOIS

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Envelope
FSC® C137131